IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 17- 62 - UNA |
| ) | |
| CANDY MILLER, ) | |
| ) | |
| Defendant. ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about October 14, 2011, in the District of Delaware, Candy Miller, the defendant, then a resident of Wilmington, Delaware, did willfully make and subscribe a U.S. Individual Income Tax Return Form 1040 for the year 2010, which was verified by a written declaration that it was made under the penalties of perjury, signed in the District of Delaware, and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct as to every material matter, in that, the return reported Schedule C income of $67,765, whereas, as the defendant then and there well knew and believed, her Schedule C income was materially greater, all in violation of Title 26, United States Code, Section 7206(1).

### Count 2

On or about October 12, 2012, in the District of Delaware, Candy Miller, the defendant, then a resident of Wilmington, Delaware, did willfully make and subscribe a U.S. Individual Income Tax Return Form 1040 for the year 2011, which was verified by a written declaration that it was made under the penalties of perjury, signed in the District of Delaware, and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct as to every material

matter, in that, the return reported Schedule C income of $68,241, whereas, as the defendant then and there well knew and believed, her Schedule C income was materially greater, all in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
Acting United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 8/22/17